Approved: _____
JEFFREY C. COFFMAN
Assistant United States Attorney

Before:   THE HONORABLE PAUL E. DAVISON
          United States Magistrate Judge
          Southern District of New York

```
┌─────────────────────────────────┐
│  UNITED STATES OF AMERICA        │
│                                  │
│          -v.-                    │
│                                  │
│  STEVEN JONES, Jr.,              │
│      a/k/a "J.R.,"               │
│                                  │
│          Defendant.              │
└─────────────────────────────────┘
```

**SEALED COMPLAINT**

Violations of 21 U.S.C.
§§ 841(a)(1), (b)(1)(C)
and 846

COUNTY OF OFFENSE:
SULLIVAN

18MJ10940

SOUTHERN DISTRICT OF NEW YORK, ss.:

DANIEL B. ROSPERT, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

<u>COUNT ONE</u>
(Conspiracy)

1.   From on or about May 28, 2018, through on or about September 12, 2018, in the Southern District of New York and elsewhere, STEVEN JONES, Jr., a/k/a "J.R.," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that STEVEN JONES, Jr., a/k/a "J.R.," the defendant, would and did distribute and possess with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

3.   The controlled substances that STEVEN JONES, Jr., a/k/a "J.R.," the defendant, conspired to distribute and possess with intent to distribute were mixtures and substances containing detectable amounts of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

4.   The use of such controlled substances resulted in the serious bodily injury and death of Jamie Elliott on or about June

2, 2018, in Cochecton, New York, in violation of 21 U.S.C. § 841(b)(1)(C).

(Title 21, United States Code, Section 846).

## COUNT TWO
### (Distribution and Possession With Intent to Distribute a Controlled Substance)

5.     On or about June 1, 2018, in the Southern District of New York, STEVEN JONES, Jr., a/k/a "J.R.," the defendant, intentionally and knowingly did distribute and did possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

6.     The controlled substances involved in the offense were mixtures and substances containing a detectable amounts of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

7.     The use of such controlled substances resulted in the serious bodily injury and death of Jamie Elliott on or about June 2, 2018, in Cochecton, New York, in violation of 21 U.S.C. § 841(b)(1)(C).

(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)).

The bases for my knowledge and the foregoing charges are, in part, as follows:

8.     I am a Special Agent with the FBI, and I have been personally involved in the investigation of this matter.  This affidavit is based in part upon my conversations with other law enforcement officers and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### Elliott's June 2, 2018 Overdose Death

9.     Based upon information and records provided by the New York State Police ("NYSP"), and the report of the Sullivan County Coroner, I am aware that on or about the early morning of June 2, 2018, in Cochecton, New York, 26-year-old Jamie Elliott

("Elliott") was found dead in her bed in the apartment in which she lived (the "Cochecton Street Address"). An inquest by the Office of the Sullivan County Coroner, including an autopsy and toxicology analysis, determined that Elliott's cause of death was acute mixed drug intoxication, specifically from ethanol, heroin, and fentanyl. Upon the arrival of the Cochecton Ambulance Squad, no lifesaving measures were initiated due to outward signs of postmortem changes to Elliott's body indicating that Elliott had expired hours before being discovered at 5:30 a.m. on June 2, 2018.

10. Based upon information and records provided the NYSP, I am aware that:

a. On the morning of June 2, 2018, a NYSP Investigator recovered 33 glassine envelopes containing heroin and fentanyl[1] from within the brassiere Elliott was wearing at the time of her death. The glassine envelopes bore blue stamps that read: "DORNEY PARK."

b. NYSP seized from the apartment in which Elliott lived a cellphone that Elliott's grandmother reported was used by Elliott ("Elliott's Cellphone").

### The Defendant's June 1, 2018 Facebook Messages With Elliott

11. Based upon records obtained from Facebook, I am aware that, on or about June 1, 2018, from at least approximately 11:35 a.m. to approximately 7:57 p.m., a Facebook user known to be Elliott[2] exchanged a series of Facebook messages with Facebook user "Bossdon.Jay16," including the following:

---

[1] A NYSP laboratory analysis of the contents of one of the glassine envelopes reflects that it contained heroin and fentanyl.

[2] Based upon information provided by the NYSP, I am aware that Elliott's mother informed NYSP that Elliott was the user of this Facebook account.

| Time[3] | Sender | Message[4] |
|---|---|---|
| 11:35 a.m. | Elliott | U good? |
| 11:43 a.m. | Jones | Yeah I'll hit you when I get back |
| 11:47 a.m. | Elliott | Kopy but are you going to be mobile? |
| 11:55 a.m. | Jones | Yea |
| 11:55 a.m. | Jones | Wassup |
| 11:56 a.m. | Elliott | Would you be able to come to Cochecton?  For a good number. |
| 11:56 a.m. | Jones | Yea |
| 11:57 a.m. | Elliott | Thanks, just lmk (let me know) when please |
| 2:52 p.m. | Jones | Almost back |
| 2:52 p.m. | Jones | Wya (Where you at) |
| 2:52 p.m. | Elliott | Cochecton |
| 2:53 p.m. | Jones | How much u wanted |
| 2:53 p.m. | Elliott | 3 to 4 |
| 2:54 p.m. | Jones | Kopy |
| 2:54 p.m. | Jones | Send me address |
| 2:55 p.m. | Elliott | It's [the Cochecton Street Address]  but depending what time you get here I will meet you at the post office which is right down the Rd. |
| 2:55 p.m. | Jones | 3 to. 4 bunny[5] |

[3] Facebook records reflect message times in Coordinated Universal Time ("UTC").  UTC is not a time zone, but a 24-hour time standard used across the world.  Because UTC does not adjust for Daylight Savings Time, it is either four or five hours ahead of Eastern Time, depending on the date.  Because the messages at issue were sent in June, the times reflected herein have been converted to Eastern Daylight Time.

[4] Parenthetical insertions are translations of common chat abbreviations, based upon my experience.

[5] Based on my experience, "bun" or "bunny" is a reference to a bundle of heroin, which is a unit of 10 glassine envelopes of heroin.

4

| 2:56 p.m. | Elliott | If so gonna spend 3 to 4 |
|---|---|---|
| 3:04 p.m. | Jones | Yeah! |
| 3:06 p.m. | Elliott | K |
| 4:11 p.m. | Elliott | You almost here? |
| 4:20 p.m. | Jones | Yeah! |
| 4:20 p.m. | Elliott | K lmk (let me know) when you're 5min away if possible. |
| 4:26 p.m. | Jones | *icon depicting a "thumb's up"* |
| 5:43 p.m. | Elliott | Not to be a pain but when do you think you will be here? |
| 5:58 p.m. | Jones | Sorry had a emergency I'm on my way |
| 6:00 p.m. | Elliott | It's okay no need to apologize, bout how long you think? |
| 6:06 p.m. | Jones | *icon depicting a "thumb's up"* |
| 6:07 p.m. | Jones | *icon depicting a "thumb's up"* |
| 6:57 p.m. | Jones | I'm on my way from liberty now |
| 6:57 p.m. | Jones | Sorry got pulled over |
| 6:58 p.m. | Elliott | Oh wow glad you are good tho, it's kool. |
| 6:58 p.m. | Jones | Yes shit been crazy today |
| 6:59 p.m. | Jones | Send address |
| 6:59 p.m. | Elliott | I'm sorry and it's [the Cochecton Street Address] |
| 7:01 p.m. | Jones | Kopy |
| 7:39 p.m. | Jones | To its flooded out near you |
| 7:40 p.m. | Jones | I'm here come out |
| 7:40 p.m. | Elliott | Okay |
| 7:40 p.m. | Elliott | One minute |
| 7:40 p.m. | Jones | It's pouring |
| 7:41 p.m. | Jones | Does [a neighbor] still live above you |
| 7:55 p.m. | Elliott | Just a little FYI check yo bags hun. |
| 7:55 p.m. | Elliott | But thank you for coming to the boonies |

5

| 7:56 p.m. | Jones | Why what up |
| 7:56 p.m. | Elliott | I had 2 empty bags so far. |
| 7:56 p.m. | Jones | And you welcome |
| 7:56 p.m. | Jones | SMH (Shaking My Head) I got you on the flip |
| 7:57 p.m. | Elliott | It's kool hun and thanks you saved me a bunch for sure.  In this Bi you always end up short and empty it's expected. |

12.   Records obtained from Facebook reflect that:

a.   On or about March 7, 2018, a verified phone number (the "Jones Cellphone") was established for the "Bossdon.Jay16" Facebook account; and

b.   On or about June 2, 2018 – the same day Elliott's death was discovered – the user of the "Bossdon.Jay16" Facebook account deactivated the account.

### The Defendant's May 28, 2018 Text
### Communications with Co-Conspirator-1

13.   Based on records and information provided by NYSP, I am aware of the following:

a.   On or about July 3, 2018, a NYSP Investigator interviewed a woman ("CC-1") following her arrest that day for a charge of criminal possession of a controlled substance in the third degree.  CC-1 indicated that she knew that drugs were present in the vehicle within which she had been riding as a passenger, and that she and the other occupants of the vehicle were moving those drugs to Sullivan County for STEVEN JONES, Jr., a/k/a "J.R.," the defendant.   CC-1 further stated that evidence of her communications with JONES was located within her cellphone ("CC-1's Cellphone").   CC-1 consented to a police search of CC-1's Cellphone.

b.   A NYSP inspection of communications contained on CC-1's Cellphone revealed text messages between CC-1 and the Jones Cellphone, including a text message from the Jones Cellphone to CC-1's Cellphone on May 28, 2018, that stated:   "yo that dorny strong though," consistent with the "DORNEY PARK" stamp on the heroin envelopes recovered from the body of Elliott on or about June 2, 2018.

### The September 12, 2018 Search of JONES's Motel Room

14.    Based on documents and information provided by the NYSP, I am aware that on or about September 12, 2018, police searched a motel room in Monticello, New York (the "Motel Room"), pursuant to a search warrant.  The Motel Room was occupied by JONES and three other individuals when the officers arrived.  Law enforcement officers seized from the Motel Room, among other items, numerous envelopes, the contents of some of which were field-tested by a NYSP Investigator, returning a positive result for the presence of heroin.  NYSP officers arrested STEVEN JONES, Jr., a/k/a "J.R.," the defendant, and the other occupants of the Motel Room.

### JONES's Post-Arrest Statement

15.    On or about September 12, 2018, following the arrest of STEVEN JONES, Jr., a/k/a "J.R.," the defendant, officers conducted a video-recorded interview of JONES.  I have reviewed the video recording.  After waiving his *Miranda* rights and agreeing to speak with law enforcement, JONES stated in sum and substance, among other things, that:

       a.    JONES used the Facebook username "Bossdon Jay;"

       b.    Elliott was JONES's baby's mother;

       c.    During the prior year, JONES had been selling multiple types of controlled substances;

       d.    JONES obtained the controlled substances he sold from people he knows both "up here" (*i.e.*, in Sullivan County), and in "the city area," and he travelled to the Bronx and New Jersey to obtain controlled substances;

       e.    JONES last saw Elliott the day before she died, when he supplied drugs to Elliott at her request.  Elliott told JONES that some of the bags were empty; and

       f.    The stamps JONES had at the time he distributed the drugs to Elliott the day prior to her death included "DORNEY PARK."

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of STEVEN JONES, Jr., a/k/a "J.R.," the

defendant, and that he be arrested and imprisoned, or bailed, as
the case may be.


                                    SPECIAL AGENT DANIEL ROSPERT
                                    FEDERAL BUREAU OF INVESTIGATION


Sworn to before me this
28 day of December, 2018


HON. PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK